UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION No. 25-12264-RGS

SERGIO De OLIVEIRA SANTOS
Petitioner

v.

JOSEPH D. McDONALD, Plymouth County Sheriff;
TODD M. LYONS, Acting Director U.S. Immigration and
Customs Enforcement, Boston Field Office;
MICHAEL KROL, New England Field Office Director
U.S. Immigration and Customs Enforcement ;
PATRICIA HYDE , Director of the Boston Field Office, U.S. Immigration
and Customs Enforcement and Removal Operations;
KRISTI NOEM, U.S. Secretary of Homeland Security;
PAMELA BONDI, Attorney General of the United States; and
DONALD J. TRUMP, President of the United States
Respondents

ORDER TO SHOW CAUSE AND STAY OF TRANSFER
OR REMOVAL UNTIL COURT HEARING
August 13, 2025

STEARNS, D.J.

Petitioner Sergio De Oliveira Santos has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241(a), contending that he is being unlawfully confined in violation of the Constitution and laws of the United States. Having reviewed the Complaint, the court orders as follows:

**Service of Petition**

Petitioner's counsel will serve a copy of the Petition and this Order on respondents and the United States Attorney for the District of Massachusetts within seventy-two hours of the issuance of this Order.

**ORDER**

The court directs defendants to respond to the Complaint no later than September 3, 2025. Thereafter the court will schedule a Show Cause hearing on any contested issues of due process or jurisdiction. Until the court rules on such issues, respondents will not remove De Oliveira Santos from the jurisdiction of the United States or transfer him to a judicial district outside of Massachusetts.

SO ORDERED.

/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE